AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
08/12/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
08/12/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____KH_____ DEPUTY

United States of America

  Plaintiff

  v.

Gabriel Madrigal,

  Defendant(s)

Case No. 8:21-mj-00551-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of July 4th, 2021 in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

  ☒ Continued on the attached sheet.

/s/ Joseph Gonzales
Complainant's signature

Joseph Gonzales, Task Force Officer (FBI)
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: August 12, 2021

/s/ Autumn D. Spaeth
Judge's signature

City and state: Santa Ana, California

Hon. Autumn D. Spaeth, U.S. Magistrate Judge
Printed name and title

KS:hc

**AFFIDAVIT**

I, Joseph Gonzales, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am an officer with the Fullerton Police Department ("FPD") and I am assigned to the FBI's Orange County Violent Gang Task Force ("OCVGTF") as a Task Force Officer ("TFO"). The OCVGTF is comprised of federal and local law enforcement agencies, including but not limited to the FBI, the Internal Revenue Service-Criminal Investigation, FPD, Anaheim Police Department, Santa Ana Police Department, and the Orange County Probation Department. The OCVGTF is responsible for, among other things, investigating violations of federal law committed by criminal street gangs, the Mexican Mafia, and other violent criminal organizations in Orange County. As a TFO, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I have been employed by FPD as a police officer for five years. In addition to being an FBI TFO, I am currently a Gang Detective with the FPD Gang Unit, which has been my assignment for approximately three years. My past assignments with the FPD have included Patrol Officer, Special Weapons and Tactics Team member, Drug Recognition Expert, Echo Unit, and Arrest Control Techniques Instructor.

3. As a member of the FPD Gang Unit, I have investigated gang related crimes including homicide, major assaults, drug distribution, witness intimidation, weapon possession, auto theft, robbery, burglary, and vandalism. During the course of my career, I have participated in numerous surveillance operations, authored multiple search warrants, managed informants, monitored electronic surveillance operations, and participated in numerous controlled purchases of drugs and firearms. Additionally, I have testified in both state and federal courts.

4. I have taken multiple classes related to gangs, drug use, drug distribution, and manufacturing of drugs, as well as a 80-hour Drug Recognition Expert training course sponsored by the California Highway Patrol. I have also attended courses offered by the State of California regarding the investigative use of wiretaps and the interception of wire and electronic communications. I have conducted numerous investigations into illegal firearm possession. I have also monitored street gang activity in the city of Fullerton by identifying and establishing street gang boundaries via graffiti and taken statements from admitted gang members and associates. I have worked to identify street gang members, associations, and rivalries via admissions, statements, gang tattoos, and clothing along with the crimes which they commit.

## II. PURPOSE OF AFFIDAVIT

5. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Gabriel MADRIGAL

("MADRIGAL") for a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

6. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. STATEMENT OF PROBABLE CAUSE

#### A. Investigation of MADRIGAL

7. Based on my review of body worn camera footage, and police reports prepared by involved police officers from the Fullerton Police Department, I am aware of the following:

8. On July 4, 2021, FPD officers Bouchet and Arenas responded to the In N Out restaurant parking lot located at 1180 S. Harbor Boulevard, in Fullerton, California following a 911 call.  The 911 caller reported that a male with a gray baseball cap and white shirt and a male with a black shirt and red bandana were trying to sell narcotics to customers outside of the In N Out.

9. Officers Bouchet and Arenas arrived at the location at approximately 8:01 p.m. and briefly contacted the 911 caller. The 911 caller told the officers that the two males were sitting

in a silver 2010 Toyota Highlander with California license plate number 7LCM200, and that others who had appeared to be involved in the activity had left the area. After locating the vehicle in the parking lot, Officer ARENAS advised FPD dispatch of the license plate number and requested that dispatch check for wants or warrants attached to the vehicle.

10. Officers Arenas and Bouchet then approached the vehicle. Officer Arenas made contact with the front passenger, later identified as Daniel Vega, while Officer Bouchet contacted the driver of the vehicle, later identified as Gabriel MADRIGAL.

11. During this time, FPD dispatch advised that the vehicle was a suspect vehicle used in the commission of a robbery that occurred on June 27, 2021.

12. Upon learning that the vehicle was associated with a robbery, Officer Bouchet approached the vehicle and directed MADRIGAL out of the vehicle. MADRIGAL began telling Officer Bouchet that he was going to take all of the items out of his pockets first and that he did not have to exit the vehicle. Due to MADRIGAL's behavior and the vehicle being associated to a robbery, Officer BOUCHET took hold of MADRIGAL's left wrist and led him out of the vehicle. As MADRIGAL stepped out of the vehicle, Officer Bouchet saw a glass pipe with a bulbous burnt end fall off of MADRIGAL's lap onto the ground. Officer Bouchet recognized the pipe as a methamphetamine pipe. As the pipe fell to the ground, MADRIGAL proceeded to step on and destroy the glass pipe. At that point, Officer Bouchet placed MADRIGAL under

arrest for possession of narcotic paraphernalia and destruction of evidence.

13. Officer Bouchet then conducted a search of MADRIGAL's person. During the search, Officer Bouchet located a silver metal two-shot Derringer revolver (Serial #3125/.38 Special) in MADRIGAL's right front pants pocket. After completing his search of MADRIGAL, Officer Bouchet rendered the firearm safe. Officer Bouchet noted that the firearm appeared to be in good working order and was loaded with one .38SP round inside the chamber of the firearm.

14. Officer Bouchet conducted a records check of the serial number on the firearm, but was unable to locate any record of the firearm.

15. Based on my training, experience, and personal contacts with MADRIGAL, I know he is a documented Fullerton Toker Town (FTT) gang member and uses the moniker "Ghost."

B. **Interstate Nexus**

16. On July 29, 2021, FBI TFO Michael Greene examined the firearm and ammunition seized as evidence by FPD on July 4, 2021, in order to determine whether the firearm and ammunition had traveled in interstate or foreign commerce. During his review of the firearm and ammunition, TFO Greene determined that the firearm and ammunition were the following:

    a. A Hy Hunter, Model Frontier Derringer, .38 Special with serial number 3125. Based on TFO Greene's review of the firearm, TFO Greene determined that the firearm was manufactured in Germany. TFO Greene determined that the firearm

is a firearm as defined in Title 18, United States Code, Chapter 44, Section 921(a)(3) and had to have moved through interstate commerce given that it was recovered in California.

       b.   One round of 38 special ammunition stamped "38 SPECIAL FEDERAL." Based on TFO Greene's review of the ammunition TFO Greene determined that it was manufactured in either Minnesota, Idaho, or Missouri. TFO Greene determined that the ammunition identified in this report is ammunition as defined in Title 18, United States Code, Chapter 44, Section 921(a)(17)(A), and had to have moved through interstate commerce given that it was recovered in California.

C.  **MADRIGAL's Criminal History**

    17.   I reviewed a report of MADRIGAL's criminal record and learned that MADRIGAL has the following prior felony convictions:

       a.   Carrying a concealed dirk or dagger, in violation of California Penal Code Section 21310, in the Superior Court of the State of California, County of Orange, case number 16NF2905, on or about November 2, 2016;

       b.   Carrying a concealed dirk or dagger in violation of California Penal Code Section 21310, in the Superior Court of the State of California, County of Orange, case number 20NF1141, on or about June 30, 2020;

       c.   Bringing a controlled substance/etc. into prison/etc., in violation of California Penal Code Section 4573, possessing a controlled substance for sale in violation of Health and Safety Code 11378, and transporting a controlled

substance in violation of Health and Safety Code 11379(a) in the Superior Court of the State of California, County of Orange, case number 16NF2209, on or about August 17, 2016; and

        d.  Carrying a concealed dirk or dagger in violation of California Penal Code Section 21310, in the Superior Court of the State of California, County of Orange, case number 20NF2794, on or about January 28, 2021.

### IV.  CONCLUSION

18.  For all the reasons described above, there is probable cause to believe that MADRIGAL has committed a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

                              /s/
                           JOSEPH GONZALES,
                           Task Force Officer, Federal
                           Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 12th day of August, 2021.

   /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE